**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Western District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Integrative Medical Home Care, PLLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 1 4 8 1 3 7 7 |

**4. Debtor's address**

**Principal place of business**

1000 Heritage Center Circle
Number    Street

Round Rock, TX 78664
City            State    ZIP Code

Williamson
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City            State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.imedicalhomecare.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Integrative Medical Home Care, PLLC

        Name                                                          Case number *(if known)*

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    6    2    1    1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____

                                       MM / DD / YYYY

         District _____   When _____   Case number _____

                                       MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____

                                                   MM / DD / YYYY

         Case number, if known _____

---

Debtor   Integrative Medical Home Care, PLLC                                    Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>_____<br>    City      State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    Integrative Medical Home Care, PLLC                          Case number *(if known)*
          Name

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million          ☐ $100,000,001-$500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/12/2024
               MM/ DD/ YYYY

X  /s/ Yun Kim, MD                                    Yun Kim, MD
   Signature of authorized representative of debtor   Printed name

   Title          President

**18. Signature of attorney**

X          /s/ Frank B Lyon                  Date  04/12/2024
   Signature of attorney for debtor                MM/ DD/ YYYY

   Frank B Lyon
   Printed name

   Frank B Lyon
   Firm name

   PO Box 50210
   Number      Street

   Austin                              TX        78763-0210
   City                                State     ZIP Code

   (512) 345-8964                      frank@franklyon.com
   Contact phone                       Email address

   12739800                            TX
   Bar number                          State

Fill in this information to identify the case:

Debtor Name  **Integrative Medical Home Care, PLLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Checking account | 2 2 3 8 | $16,828.26 |
| 3.2. | Frost | Checking account | 2 6 5 6 | $2,931.15 |

**4. Other cash equivalents** *(Identify all)*

4.1 _____   _____

4.2 _____   _____

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$19,759.41

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 | Heritage Office Suites | $699.00 |
| --- | --- | --- |

Debtor    **Integrative Medical Home Care, PLLC**                                    Case number *(if known)* _____
             Name

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1  _____                    _____

     8.2  _____                    _____

9.   **Total of Part 2**                                                                          | $699.00 |

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:   **$220,753.49**  -  **$100,495.18**  =.....➔           $120,258.31
                                 face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:      **$49,920.96**   -  **$20,890.60**   =.....➔           $29,030.36
                                 face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**                                                                          | $149,288.67 |

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                                         **Valuation method used    Current value of
                                                          for current value          debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1  _____      _____    _____

     14.2  _____      _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                     % of
                                                         ownership:

     15.1  _____    _____    _____    _____

     15.2  _____    _____    _____    _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable
     instruments not included in Part 1**

     Describe:

---

Debtor    **Integrative Medical Home Care, PLLC**        Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 16.1 _____ | | _____ | _____ |
| 16.2 _____ | | _____ | _____ |

**17.**   **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20.**   **Work in progress**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21.**   **Finished goods, including goods held for resale**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22.**   **Other inventory or supplies**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

**23.**   **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.     [_____]

**24.**   **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.**   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor  __**Integrative Medical Home Care, PLLC**__    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **Integrative Medical Home Care, PLLC**                    Case number *(if known)* _____
              Name

| | | | |
|---|---|---|---|
| **2 Office Chairs** | unknown | Estimate | $150.00 |
| **40.** **Office fixtures** | | | |
| **2 File Cabinets** | unknown | Estimate | $100.00 |
| **Shelving** | unknown | Estimate | $25.00 |
| **Office Supplies** | $100.00 | Estimate | $100.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Medical Supplies** | $1,000.00 | Estimate | unknown |
| **Shredder** | unknown | Estimate | $100.00 |
| **Medical Equipment** | unknown | Estimate | $200.00 |
| **Microsoft Surface Pen** | unknown | Estimate | $100.00 |
| **Samsung Galaxy Tablet S7 FE 5G** | unknown | Estimate | $300.00 |
| **Lenovo Office Laptop** | unknown | Estimate | $100.00 |
| **2 Lenovo PCs** | unknown | Estimate | $200.00 |
| **2 Hewlett Packard PCs** | unknown | Estimate | $200.00 |
| **6 HP Office Laptops** | unknown | Estimate | $600.00 |
| **5 Computer Monitors** | unknown | Estimate | $300.00 |
| **3 Priniters** | unknown | Estimate | $300.00 |
| **3 Scanners** | unknown | Estimate | $300.00 |
| **Printer/Fax Machine** | unknown | Estimate | $100.00 |
| **8 to 10 Office Phones** | unknown | Estimate | $300.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____  _____  _____  _____

42.2 _____  _____  _____  _____

42.3 _____  _____  _____  _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.          **$3,475.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor    **Integrative Medical Home Care, PLLC**                                          Case number *(if known)* _____
          Name

---

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                    | _____ |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**    Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    **Integrative Medical Home Care, PLLC**                    Case number *(if known)* _____
          Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Heritage Office Suites # 122 - Debtor's business office / 1000 Heritage Center Circle Round Rock, TX 78664** | **Lease** | **unknown** | | **$1.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$1.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.imedicalhomecare.com** | **unknown** | **Estimate** | **$100.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>Patient list | **unknown** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor   __**Integrative Medical Home Care, PLLC**__      Case number *(if known)* _____
         Name

---

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$100.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☑ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➡  _____
                         Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Current value |
|---|---|---|
| _____ | Tax year _____ | _____ |
| _____ | Tax year _____ | _____ |
| _____ | Tax year _____ | _____ |

**73.** **Interests in insurance policies or annuities**

| | |
|---|---|
| **Texas Medical Insurance Company - Andrea De Luna, PA - professional liability** | $1.00 |
| **Texas Medical Insurance Company - Emily Wilder Weissgarber, NP - professional liability** | $1.00 |
| **Texas Medical Insurance Company - Shakea Patrice Rogers, NP - professional liability** | $1.00 |
| **Texas Medical Insurance Company - Javier Montelongo, NP - professional liability** | $1.00 |
| **Texas Medical Insurance Company - Hisako Heidi Frank, NP** | $1.00 |
| **Texas Mutual Insurance Company - workers comp** | $1.00 |
| **Texas Medical Insurance Company Yun Kim, MD professional liability** | $1.00 |
| **Texas Medical Liability Trust Daniel Thomas, MD - professional liability** | $1.00 |
| **Texas Medical Insurance Company - Leigh Alexandra Balatgek, PA - professional liability** | $1.00 |
| **Commercial General Liability Farmers Insurance Group of Companies** | $1.00 |

---

Debtor    **Integrative Medical Home Care, PLLC**                                    Case number *(if known)* _____
      Name

---

|  | **Principal Life Insurance Co - debtor sponsored life insurance for employees** | $1.00 |
|---|---|---|

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim** _____

    **Amount requested** _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim** _____

    **Amount requested** _____

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                     | $11.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

Debtor    **Integrative Medical Home Care, PLLC**                              Case number *(if known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $19,759.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $699.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $149,288.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,475.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➡ | | $1.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $11.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column............................*91a. | $173,333.08 | **+** 91b.  $1.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... | | $173,334.08 |

**Fill in this information to identify the case:**

Debtor name ___Integrative Medical Home Care, PLLC_____

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

___Amsterdam Capital Solutions___

**Creditor's mailing address**

___135 E 57th Street Floor 15___

___New York, NY 10022___

**Creditor's email address, if known**

_____

Date debt was incurred ___11/14/2023___

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**See continuation page.**

**Describe debtor's property that is subject to a lien**

___Patient, Primary Insurance, Secondary Insurance,___
___Patient, Primary Insurance, Secondary Insurance___

**Describe the lien**

___Merchant Funding Agreement___

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $27,348.00

Column B: $149,288.67

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$376,534.54

Debtor  Integrative Medical Home Care, PLLC

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Biz Fund

**Creditor's mailing address**

2371 McDonald Avenue 2nd Floor

Brooklyn, NY 11223

**Creditor's email address, if known**

_____

**Date debt was incurred**    12/14/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Patient, Primary Insurance, Secondary Insurance, Patient, Primary Insurance, Secondary Insurance

**Describe the lien**

Merchant Funding Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$22,220.00

$149,288.67

Debtor  Integrative Medical Home Care, PLLC
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

On Deck Capital

**Creditor's mailing address**

4700 W. Daybreak Pkwy. #200

South Jordan, UT 84009

**Creditor's email address, if known**

**Date debt was incurred**   01/04/2024

**Last 4 digits of account number**   4  2  3  0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Patient, Primary Insurance, Secondary Insurance,
Patient, Primary Insurance, Secondary Insurance

**Describe the lien**

Merchant Funding Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$326,966.54

$149,288.67

Debtor  Integrative Medical Home Care, PLLC
Name

Case number (if known)

| Part 1: | Additional Page |
|---|---|

| 2.1 | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
|---|---|---|
| | Amsterdam Capital Solutions | For Patient: 1) On Deck Capital; **2) Amsterdam Capital Solutions**; 3) Biz Fund; For Primary Insurance: 1) On Deck Capital; **2) Amsterdam Capital Solutions**; 3) Biz Fund; For Secondary Insurance: 1) On Deck Capital; **2) Amsterdam Capital Solutions**; 3) Biz Fund; For Patient: 1) On Deck Capital; **2) Amsterdam Capital Solutions**; 3) Biz Fund; For Primary Insurance: 1) On Deck Capital; **2) Amsterdam Capital Solutions**; 3) Biz Fund; For Secondary Insurance: 1) On Deck Capital; **2) Amsterdam Capital Solutions**; 3) Biz Fund |

Debtor   Integrative Medical Home Care, PLLC                           Case number (if known) _____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Brian Schecter<br>315 Ave U<br>Brooklyn, NY 11223 | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ Integrative Medical Home Care, PLLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

Internal Revenue Service

CCP-LU Amanda Bowman

12309 N. Mopac Expwy

Austin, TX 78758

Date or dates debt was incurred

_____

Last 4 digits of account

number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Payroll taxes

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim:** $340,966.97     **Priority amount:** $340,966.97

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  **Integrative Medical Home Care, PLLC**

Name

Case number *(if known)* _____

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Mariah Barnes

14735 East Highway 215

Stockton, MO 65785

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Postponed payroll

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$3,338.51

---

**3.2** Nonpriority creditor's name and mailing address

Thomas Daniel, MD

104 Wolf Creek Way

Round Rock, TX 78664

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Postponed payroll

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$38,160.00

---

**3.3** Nonpriority creditor's name and mailing address

Yun W. Kim, MD

2412 Arbor Drive

Round Rock, TX 78681

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Personal Loans, tax payments made on behalf of IMHC

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$240,887.97

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

_____

Debtor  **Integrative Medical Home Care, PLLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $340,966.97 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $282,386.48 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $623,353.45 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Fill in this information to identify the case:

Debtor name _____ Integrative Medical Home Care, PLLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Provider Agreement | Aetna Medicare South Central Network |
| | | Contract to be ASSUMED | Network Management |
| | State the term remaining | 0 months | P O Box 818042 |
| | List the contract number of any government contract | | Cleveland, OH 44181-8042 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Provider Agreement | BCBS Medicare Advantage |
| | | Contract to be ASSUMED | 1001 E. Lookout Drive |
| | State the term remaining | 0 months | Richardson, TX 75082 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Provider Agreement | BCBS of Texas |
| | | Contract to be ASSUMED | Arboretum Plaza II |
| | State the term remaining | 0 months | 9442 Capital of Texas Hwy N Suite 500 |
| | List the contract number of any government contract | | Austin, TX 78759-7228 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Provider Group Services Agreement | Cigna |
| | | Contract to be ASSUMED | AVP Provider of Contracting |
| | State the term remaining | 0 months | 2088 North Loop West Suite 7 |
| | List the contract number of any government contract | | Houston, TX 77092 |

Debtor  Integrative Medical Home Care, PLLC

Name

Case number *(if known)*

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Heritage Office Suites
1000 Heritage Center Circle
Round Rock, TX 78664

| | | |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Physician Participation Agreement |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Humana
1221 S Mopac Expy Suite 300
Austin, TX 78746-7664

| | | |
|---|---|---|
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Provider Contract |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Medicare
Novitas Solutions Cashier
PO Box Box 3106
Mechanicsburg, PA 17055-1822

| | | |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | EDI Agreement |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Railroad Medicare/Palmetto GBA
PO Box Box 10066
Augusta, GA 30999-0001

| | | |
|---|---|---|
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Group Primary Care Physician Agreement |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

WellMed Networks, Inc.
8637 Fredricksburg Road Suite 360
San Antonio, TX 78240

Fill in this information to identify the case:

Debtor name     **Integrative Medical Home Care, PLLC**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____
                                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Yun W. Kim, MD | 2412 Arbor Drive<br>Street | Biz Fund | ☑ D<br>☐ E/F<br>☐ G |
| | Round Rock, TX 78681<br>City          State          ZIP Code | On Deck Capital | ☑ D<br>☐ E/F<br>☐ G |
| | | Amsterdam Capital Solutions | ☑ D<br>☐ E/F<br>☐ G |
| | | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **Integrative Medical Home Care, PLLC**          Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

```
Fill in this information to identify the case:

Debtor name          Integrative Medical Home Care, PLLC

United States Bankruptcy Court for the:

                     Western District of Texas

Case number (if known): _____   Chapter ___11___
```

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*........................................................................................  | $1.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................................  | $173,333.08

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*......................................................................................  | $173,334.08

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  | $376,534.54

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................  | $340,966.97

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  | + $282,386.48

4. **Total liabilities**.................................................................................................................  | $999,887.99
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name          Integrative Medical Home Care, PLLC

United States Bankruptcy Court for the:

         Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | $305,251.56 |
| **For prior year:** | From 01/01/2023<br>MM/ DD/ YYYY | 12/31/2023<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other ERC $116, 196 of total | $1,182,889.09 |
| **For the year before that:** | From 01/01/2022<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,152,795.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| **For prior year:** | From 01/01/2023<br>MM/ DD/ YYYY | 12/31/2023<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2022<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |

Debtor  Integrative Medical Home Care, PLLC
_____
Name

Case number *(if known)* _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  On Deck Capital<br>Creditor's name<br>4700 W. Daybreak Pkwy. #200<br>Street<br><br>South Jordan, UT 84009<br>City          State    ZIP Code | 01/03/2024<br>01/11/2024<br>01/18/2024<br>01/25/2024<br>02/01/2024<br>02/08/2024<br>02/22/2024 | $21,673.67 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  Amsterdam Capital Solutions<br>Creditor's name<br>135 E 57th Street Floor 15<br>Street<br><br>New York, NY 10022<br>City          State    ZIP Code | 01/04/2024<br>01/11/2024<br>01/18/2024<br>01/25/2024<br>02/012024<br>02/08/2024<br>02/22/2024<br>02/22/2024<br>02/29/2024 | $19,767.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3.  Biz Fund<br>Creditor's name<br>2371 McDonald Avenue 2nd Floor<br>Street<br><br>Brooklyn, NY 11223<br>City          State    ZIP Code | 01/03/2024<br>01/10/2024<br>01/17/224<br>01/24/2024<br>01/31/2024<br>02/07/2024<br>02/14/2024 | $22,590.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **2**

Debtor    24-10404-smr  Doc#1  Filed 04/12/24  Entered 04/12/24 11:01:16  Main Document  Pg 30 of 62
          Integrative Medical Home Care, PLLC                                        Case number *(if known)*
          Name

02/21/2024

02/28/2024

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  On Deck Capital | 11/29/2023 | $35,914.32 | MCA Lender auto debits |
| Creditor's name | 12/06/2023 | | |
| 4700 W. Daybreak Pkwy. #200 | | | |
| Street | 12/13/2023 | | |
| | 12/20/2023 | | |
| South Jordan, UT 84009 | | | |
| City                State      ZIP Code | 12/27/2023 | | |
| **Relationship to debtor** | 01/03/2024 | | |
| None - Yun Kim, MD guarantor | | | |
| | 1/11/2024 | | |
| | 1/18/2024 | | |
| | 1/25/2024 | | |
| | 2/1/2024 | | |
| | 2/8/2024 | | |
| | 2/22/2024 | | |
| 4.2.  Amsterdam Capital Solutions | 11/30/2023 | $19,767.00 | MCA lender auto debits |
| Creditor's name | 12/7/2023 | | |
| 135 E 57th Street Floor 15 | | | |
| Street | 12/14/2023 | | |
| | 12/21/2023 | | |
| New York, NY 10022 | | | |
| City                State      ZIP Code | 12/28/2023 | | |
| **Relationship to debtor** | 2/8/2024 | | |
| None - Yun Kim, MD guarantor | | | |
| | 2/22/2024 | | |
| | 2/22/2024 | | |

Debtor  Integrative Medical Home Care, PLLC
Name

Case number *(if known)*

_____

_____

_____

| 4.3. | Biz Fund | 12/20/2024 | $22,590.00 | MCA lender - auto debits |

Creditor's name

2371 McDonald Avenue 2nd Floor    12/27/2024
Street

1/3/2024

Brooklyn, NY 11223    1/10/2024
City    State    ZIP Code

**Relationship to debtor**    1/17/2024

None - Yun Kim, MD guarantor    1/24/2024

1/31/2024

2/7/2024

2/14/2024

2/21/2024

2/28/2024

| 4.4. | Sequoia Tax Relief | 9/29/2023 | $9,000.00 | Payroll tax negotiations with IRS |

Creditor's name

1490 W. 121st Ave. 201    10/30/2023
Street

11/27/2023

Denver, CO 80234    2/1/2024
City    State    ZIP Code

**Relationship to debtor**

None - Yun Kim, MD responsible party for
payroll tax liability

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |

Creditor's name

Street

City    State    ZIP Code

Debtor  Integrative Medical Home Care, PLLC
Name

Case number *(if known)*

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City            State      ZIP Code | | | |

---

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Bizfund LLC v Integrative Medical Home Care, Yun Kim MD and Yun Kim MD, PLLC | Suit on MCA loan | Supreme Court of NY, Kings County<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | Street | |
| unknown | | NY | |
| | | City            State      ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City            State      ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City            State      ZIP Code |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Integrative Medical Home Care, PLLC
         Name                                                                    Case number (if known)

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City                State    ZIP Code

**Recipient's relationship to debtor**

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor  Integrative Medical Home Care, PLLC                                    Case number *(if known)*
_____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Frank B Lyon | Attorney's Fee - retainer | 1/05/2024 | $3,500.00 |
| | **Address** | Attorney's fee - retainer | 3/29/2024 | $7,500.00 |
| | PO Box 50210 <br> Street | Attorney's fee - retainer | 04/03/2024 | $7,500.00 |
| | Austin, TX 78763-0210 <br> City       State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Sequoia Tax Relief | | 9/29/2023 | $2,500.00 |
| | **Address** | | 10/30/2023 | $2,500.00 |
| | 1490 W 121st Ave 201 <br> Street | | 11/27/2023 | $2,500.00 |
| | | | 2/1/2024 | $1,500.00 |
| | Denver, CO 80234 <br> City       State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

Debtor __Integrative Medical Home Care, PLLC__
           Name

Case number *(if known)* _____

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 11207 North Lamar Boulevard Suite B <br> Street <br><br> Austin, TX 78753 <br> City          State    ZIP Code | From __Inception__  To __03/2023__ |
| 14.1. 1000 Hertitage Center Circle 122 <br> Street <br><br> Round Rock, TX 78664 <br> City          State    ZIP Code | From __4/2023__  To __present__ |

---

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  Integrative Medical Home Care, PLLC _____   Case number *(if known)* _____
         Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State    ZIP Code | _____<br><br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Health information, social security number, date of birth

    Does the debtor have a privacy policy about that information?

    ☐ No
    ☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?

        ☐ No
        ☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br><br>_____ | _____ | _____ |

Debtor   Integrative Medical Home Care, PLLC   24-10404-smr  Doc#1  Filed 04/12/24  Entered 04/12/24 11:01:16  Main Document  Pg 37 of 62

Name

Case number *(if known)*

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City        State    ZIP Code | _____ | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City        State    ZIP Code | _____ | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| City        State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   Integrative Medical Home Care, PLLC                                    Case number *(if known)*
24-10404-smr  Doc#1  Filed 04/12/24  Entered 04/12/24 11:01:16  Main Document  Pg 38 of 62
Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | City          State    ZIP Code | _____ | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Integrative Medical Home Care, PLLC        Case number *(if known)*
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State    ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Hua Gray, CPA<br>Name<br><br>13002 Tapadero Drive<br>Street<br><br>Austin, TX 78727<br>City    State    ZIP Code | From 10/15/2018   To Present |
| 26a.2. Mariah Barnes<br>Name<br><br>14735 East Highway 215<br>Street<br><br>Stockton, MO 65785<br>City    State    ZIP Code | From 10/15/2018   To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor  Integrative Medical Home Care, PLLC
_____  Case number *(if known)* _____
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Mariah Barnes<br>Name<br><br>14735 East Highway 215<br>Street<br><br>Stockton, MO 65785<br>City            State            ZIP Code | Custodian of business records |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Gara Castillo<br>Name<br><br>3473 Pauling Loop<br>Street<br><br>Round Rock, TX 78665<br>City            State            ZIP Code | Custodian of medical records |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | <br>Name<br><br>Street<br><br><br>City            State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | <br>Name<br><br>Street<br><br><br>City            State            ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor Integrative Medical Home Care, PLLC

Name

Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Yun W. Kim, MD | 2412 Arbor Drive Round Rock, TX 78681 | President, Owner of debtor | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Yun W. Kim, MD | $1000.00 | 11/30/2023 | Repayment of 10k loan made on 09/07/2023 |
| Name | $1000.00 | 11/24/2023 | |
| 2412 Arbor Drive | $1,000.00 | 11/16/2023 | |
| Street | $1,000.00 | 11/09/2023 | |
| Round Rock, TX 78681 | $1,000.00 | 11/02/2023 | |
| City                State        ZIP Code | $1,000.00 | 10/26/2023 | |
| **Relationship to debtor** | $10,000.00 | 08/14/2023 | |
| President | $10,000.00 | 06/21/2023 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/12/2024_____
                MM/ DD/ YYYY

**X** /s/ Yun Kim, MD _____     Printed name _____Yun Kim, MD_____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

| Fill in this information to identify the case: |
| :--- |
| Debtor name        Integrative Medical Home Care, PLLC |
| United States Bankruptcy Court for the: <br>        Western District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
    amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amsterdam Capital Solutions<br>135 E 57th Street Floor 15<br>New York, NY 10022 | | Merchant Funding Agreement | | $27,348.00 | $149,288.67 | $27,348.00 |
| 2 | Biz Fund<br>2371 McDonald Avenue 2nd Floor<br>Brooklyn, NY 11223 | | Merchant Funding Agreement | | $22,220.00 | $149,288.67 | $22,220.00 |
| 3 | Internal Revenue Service<br>CCP-LU Amanda Bowman<br>12309 N. Mopac Expwy<br>Austin, TX 78758 | | Payroll taxes | | $340,966.97 | $149,288.67 | $340,966.97 |
| 4 | Mariah Barnes<br>14735 East Highway 215<br>Stockton, MO 65785 | | Postponed payroll | | | | $3,338.51 |
| 5 | On Deck Capital<br>4700 W. Daybreak Pkwy. #200<br>South Jordan, UT 84009 | | Merchant Funding Agreement | | $326,966.54 | $149,288.67 | $177,677.87 |
| 6 | Thomas Daniel, MD<br>104 Wolf Creek Way<br>Round Rock, TX 78664 | | Postponed payroll | | | | $38,160.00 |
| 7 | Yun W. Kim, MD<br>2412 Arbor Drive<br>Round Rock, TX 78681 | | Personal Loans, tax payments made on behalf of IMHC | | | | $240,887.97 |
| 8 | | | | | | | |

Debtor    Integrative Medical Home Care, PLLC                            Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    Integrative Medical Home Care, PLLC

Case No. _____

**Debtor**    Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................    $16,738.00

Prior to the filing of this statement I have received ................................................................................    $3,500.00

Balance Due ...........................................................................................................................................    $13,238.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/12/2024 | /s/ Frank B Lyon |
|---|---|
| *Date* | Frank B Lyon |
| | *Signature of Attorney* |

Bar Number: 12739800
Frank B Lyon
PO Box 50210
Austin, TX 78763-0210
Phone: (512) 345-8964

Frank B Lyon
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Integrative Medical Home Care, PLLC**                     CASE NO

                                                                  CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____04/12/2024_____     Signature _____/s/ Yun Kim, MD_____
                                                          Yun Kim, MD, President

Aetna Medicare South Central
Network
Network Management
P O Box 818042
Cleveland, OH 44181-8042

Amsterdam Capital Solutions
135 E 57th Street Floor 15
New York, NY 10022

BCBS Medicare Advantage
1001 E. Lookout Drive
Richardson, TX 75082

BCBS of Texas
Arboretum Plaza II
9442 Capital of Texas Hwy N Suite 500
Austin, TX 78759-7228

Biz Fund
2371 McDonald Avenue 2nd Floor
Brooklyn, NY 11223

Brian Schecter
315 Ave U
Brooklyn, NY 11223

Cigna
AVP Provider of Contracting
2088 North Loop West Suite 7
Houston, TX 77092

Heritage Office Suites
1000 Heritage Center Circle
Round Rock, TX 78664

Humana
1221 S Mopac Expy Suite 300
Austin, TX 78746-7664

Internal Revenue Service
CCP-LU Amanda Bowman
12309 N. Mopac Expwy
Austin, TX 78758

Mariah Barnes
14735 East Highway 215
Stockton, MO 65785

Medicare
Novitas Solutions Cashier
PO Box Box 3106
Mechanicsburg, PA 17055-1822

On Deck Capital
4700 W. Daybreak Pkwy. #200
South Jordan, UT 84009

Railroad Medicare/Palmetto
GBA
PO Box Box 10066
Augusta, GA 30999-0001

Thomas Daniel, MD
104 Wolf Creek Way
Round Rock, TX 78664

WellMed Networks, Inc.
8637 Fredricksburg Road Suite 360
San Antonio, TX 78240

Yun W. Kim, MD
2412 Arbor Drive
Round Rock, TX 78681

**Integrative Medical Home Care**
## Profit & Loss
**January 1 through March 19, 2024**

4:04 PM
03/19/24
Accrual Basis

|  | Jan 1 - Mar 19, 24 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Fee Income | 269,676.82 |
| **Other Income** |  |
| Employee Benefits Reimbursement | 12,446.59 |
| Other Income - Other | 0.00 |
| **Total Other Income** | 12,446.59 |
| **Total Income** | 282,123.41 |
| **Gross Profit** | 282,123.41 |
| **Expense** |  |
| Accountant | 1,000.00 |
| Advertising & Marketing | 82.63 |
| Bank Charges & Fees | 463.46 |
| Computer and Internet Expenses | 1,386.45 |
| Contract Labor | 11,866.00 |
| **Insurance** |  |
| Accident Supplement | 789.84 |
| Dental Insurance | 1,993.21 |
| Disability Insurance | 988.12 |
| Health Insurance | 3,622.96 |
| Life Insurance | 119.72 |
| Malpractice Insurance | 3,009.00 |
| Specified Event Insurance | 0.00 |
| Vision Insurance | 173.06 |
| Workers Comp Insurance | 727.78 |
| **Total Insurance** | 11,423.69 |
| Interest Paid | 108.53 |
| Legal & Professional Services | 5,000.00 |
| Office Expense | 8,164.26 |
| Office Supplies & Software | 7,994.15 |
| Payroll Expenses | 241,231.19 |
| Payroll Reimbursement | -2,000.00 |
| Payroll Taxes | 18,664.77 |
| Penalties | 660.00 |
| Postage | 299.33 |
| Reconciliation Discrepancies | 2,600.00 |
| Rent & Lease | 2,301.39 |
| Telephone | 2,478.17 |
| **Total Expense** | 313,724.02 |
| **Net Ordinary Income** | -31,600.61 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Ask My Accountant | 4,745.33 |
| **Total Other Expense** | 4,745.33 |
| **Net Other Income** | -4,745.33 |
| **Net Income** | **-36,345.94** |

4:03 PM

03/19/24

**Accrual Basis**

# Integrative Medical Home Care
## Balance Sheet
### As of March 19, 2024

|  | Mar 19, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| B of A Business Checking (2238) | 3,799.08 |
| ERC Money | 41,254.20 |
| Frost Business Checking (2656) | -356,453.00 |
| **Total Checking/Savings** | -311,399.72 |
| **Other Current Assets** | |
| Payroll Asset | -651.69 |
| **Total Other Current Assets** | -651.69 |
| **Total Current Assets** | -312,051.41 |
| **TOTAL ASSETS** | **-312,051.41** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Frost Visa Credit Card | 5,028.44 |
| **Total Credit Cards** | 5,028.44 |
| **Other Current Liabilities** | |
| Amsterdam Capital | 19,936.00 |
| BIZ.COM | 14,690.00 |
| Frost Line of Credit | 38,720.04 |
| KALAMATA CAPITAL | 46,071.00 |
| Loan from Yun Kim MD PA (MDPA) | 247,887.97 |
| On Deck Capital | 359,745.41 |
| Payroll Liabilities | 89,229.23 |
| **Total Other Current Liabilities** | 816,279.65 |
| **Total Current Liabilities** | 821,308.09 |
| **Total Liabilities** | 821,308.09 |
| **Equity** | |
| Opening Balance Equity | -222,557.52 |
| Retained Earnings | -874,456.04 |
| Net Income | -36,345.94 |
| **Total Equity** | -1,133,359.50 |
| **TOTAL LIABILITIES & EQUITY** | **-312,051.41** |

4:04 PM

03/19/24

**Integrative Medical Home Care**
**Statement of Cash Flows**
**January 1 through March 19, 2024**

|  | Jan 1 - Mar 19, 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -36,345.94 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Frost Visa Credit Card** | -2,631.01 |
| **Amsterdam Capital** | -19,767.00 |
| **BIZ.COM** | -22,590.00 |
| **Frost Line of Credit** | -1,168.52 |
| **KALAMATA CAPITAL** | -1,905.00 |
| **Loan from Yun Kim MD PA (MDPA)** | 8,000.00 |
| **On Deck Capital** | 51,313.63 |
| **Payroll Liabilities** | 4,771.42 |
| **Net cash provided by Operating Activities** | -20,322.42 |
| **Net cash increase for period** | -20,322.42 |
| **Cash at beginning of period** | -291,077.30 |
| **Cash at end of period** | **-311,399.72** |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**

**Go to www.irs.gov/Form1120S for instructions and the latest information.**

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date | **Name** Integrative Medical Home Care PLLC | **D** Employer identification number |
| 1/1/2020 | **TYPE** | |
| **B** Business activity code number (see instructions) | Number, street, and room or suite no. If a P.O. box, see instructions. 11207 N Lamar Blvd., Ste. B | **E** Date incorporated |
| **OR** | City or town  State  ZIP code Austin  TX  78753 | 7/19/2018 |
| 621111 | **PRINT** | **F** Total assets (see instructions) |
| **C** Check if Sch. M-3 attached ☐ | Foreign country name  Foreign province/state/county  Foreign postal code | $  0 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1a** | Gross receipts or sales ........... | **1a** 1,152,795 | |
| | **b** | Returns and allowances ........... | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a ........... | **1c** | 1,152,795 |
| | **2** | Cost of goods sold (attach Form 1125-A) ........... | **2** | |
| | **3** | Gross profit. Subtract line 2 from line 1c ........... | **3** | 1,152,795 |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) ........... | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement) ........... | **5** | 28,622 |
| | **6** | **Total income (loss).** Add lines 3 through 5 ........... | **6** | 1,181,417 |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions — attach Form 1125-E) ........... | **7** | |
| | **8** | Salaries and wages (less employment credits) ........... | **8** | 1,319,343 |
| | **9** | Repairs and maintenance ........... | **9** | |
| | **10** | Bad debts ........... | **10** | |
| | **11** | Rents ........... | **11** | |
| | **12** | Taxes and licenses ........... | **12** | 125,783 |
| | **13** | Interest (see instructions) ........... | **13** | 393 |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | **14** | |
| | **15** | Depletion **(Do not deduct oil and gas depletion.)** ........... | **15** | |
| | **16** | Advertising ........... | **16** | 5,335 |
| | **17** | Pension, profit-sharing, etc., plans ........... | **17** | |
| | **18** | Employee benefit programs ........... | **18** | |
| | **19** | Other deductions (attach statement) ........... | **19** | 169,574 |
| | **20** | **Total deductions.** Add lines 7 through 19 ........... | **20** | 1,620,428 |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 ........... | **21** | -439,011 |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) . | **22a** | |
| | **b** | Tax from Schedule D (Form 1120-S) ........... | **22b** | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) ........... | **22c** | 0 |
| | **23a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 . | **23a** | |
| | **b** | Tax deposited with Form 7004 ........... | **23b** | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) ........... | **23c** | |
| | **d** | Add lines 23a through 23c ........... | **23d** | 0 |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | **24** | |
| | **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed ........... | **25** | 0 |
| | **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ........... | **26** | 0 |
| | **27** | Enter amount from line 26: **Credited to 2023 estimated tax** _____ **Refunded** ▶ | **27** | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title **President**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Hua Gray | | 12/6/2023 | | P00333878 |
| Firm's name ▶ Hua Gray, CPA | | | Firm's EIN ▶ | 01-0692715 |
| Firm's address ▶ 13002 Tapadero Dr | | | Phone no. | (512) 835-7060 |
| City Austin | State TX | | ZIP code | 78727 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120-S** (2022)

HTA

Form 1120-S (2022)  Integrative Medical Home Care PLLC  Page **2**

| **Schedule B** | **Other Information** (see instructions) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☒ Cash  **b** ☐ Accrual | | |
| | **c** ☐ Other (specify) _____ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ___Medical Office___  **b** Product or service ___Physician Service___ | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | X |
| **4** | At the end of the tax year, did the corporation: | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock . . . . . . . _____ | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . . . _____ | | |
| | **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . . . _____ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . $ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . | | X |
| | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . | | X |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2022)

Form 1120-S (2022)    Integrative Medical Home Care PLLC                                                                                   Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . | | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . | 1 | -439,011 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . | 3c | 0 |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . Type: _____ | 12c | |
| | d | Other deductions (see instructions) . . . . . Type: _____ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type: _____ | 13d | |
| | e | Other rental credits (see instructions) . . . . . Type: _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . | 16f | |

Form **1120-S** (2022)

Form 1120-S (2022)    Integrative Medical Home Care PLLC                                                    Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | Total amount | |
|---|---|---|---|---|---|
| **Other Information** | **17a** | Investment income . . . . . . . . . . . . . . . . . . . . | **17a** | | |
| | **b** | Investment expenses . . . . . . . . . . . . . . . . . | **17b** | | |
| | **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . | **17c** | | |
| | **d** | Other items and amounts (attach statement) | | | |
| **Reconciliation** | **18** | **Income (loss) reconciliation. Combine** the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . | **18** | | -439,011 |

| Schedule L | | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | | Cash . . . . . . . . . . . . . . . . | | | | |
| **2a** | | Trade notes and accounts receivable . . . . . | | | | |
| **b** | | Less allowance for bad debts . . . . . . . . | | 0 | | 0 |
| **3** | | Inventories . . . . . . . . . . . . . . | | | | |
| **4** | | U.S. government obligations . . . . . . . | | | | |
| **5** | | Tax-exempt securities (see instructions) . . . . | | | | |
| **6** | | Other current assets (attach statement) . . . . | | | | |
| **7** | | Loans to shareholders . . . . . . . . . | | | | |
| **8** | | Mortgage and real estate loans . . . . . . | | | | |
| **9** | | Other investments (attach statement) . . . . . | | | | |
| **10a** | | Buildings and other depreciable assets . . . . | | | | |
| **b** | | Less accumulated depreciation . . . . . . . | | 0 | | 0 |
| **11a** | | Depletable assets . . . . . . . . . . . | | | | |
| **b** | | Less accumulated depletion . . . . . . . . | | 0 | | 0 |
| **12** | | Land (net of any amortization) . . . . . . . | | | | |
| **13a** | | Intangible assets (amortizable only) . . . . . | | | | |
| **b** | | Less accumulated amortization . . . . . . . | | 0 | | 0 |
| **14** | | Other assets (attach statement) . . . . . . . | | | | |
| **15** | | Total assets . . . . . . . . . . . . . | | 0 | | 0 |
| | | **Liabilities and Shareholders' Equity** | | | | |
| **16** | | Accounts payable . . . . . . . . . . . | | | | |
| **17** | | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| **18** | | Other current liabilities (attach statement) . . . . | | 117,138 | | 564,597 |
| **19** | | Loans from shareholders . . . . . . . . . | | | | |
| **20** | | Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| **21** | | Other liabilities (attach statement) . . . . . . | | | | |
| **22** | | Capital stock . . . . . . . . . . . . | | | | |
| **23** | | Additional paid-in capital . . . . . . . . . | | 10,384 | | 1,936 |
| **24** | | Retained earnings . . . . . . . . . . . | | ( 127,522) | | ( 566,533) |
| **25** | | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | | Less cost of treasury stock . . . . . . . . | | | | |
| **27** | | Total liabilities and shareholders' equity . . . . | | 0 | | 0 |

Form **1120-S** (2022)

Form 1120-S (2022)    Integrative Medical Home Care PLLC    Page **5**

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . . . | -439,011 | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | **a** | Tax-exempt interest  $ _____ | | | 0 |
| | _____ | | **6** | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | | | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | **a** | Depreciation  $ _____ | | | 0 |
| **a** | Depreciation  $ _____ | | **7** | Add lines 5 and 6 . . . . . . . . . . | | | 0 |
| **b** | Travel and entertainment  $ _____ | 0 | **8** | Income (loss) (Schedule K, line 18). | | | |
| **4** | Add lines 1 through 3 . . . . . . . . . | -439,011 | | Subtract line 7 from line 4 . . . . . . . . | | | -439,011 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year . . . . . . | -127,522 | | | |
| **2** | Ordinary income from page 1, line 21 . . . . | | | | |
| **3** | Other additions . . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21 . . . . . . . . | -439,011 | | | |
| **5** | Other reductions . . . . . . . . . . | | | | |
| **6** | Combine lines 1 through 5 . . . . . . . . | -566,533 | 0 | 0 | 0 |
| **7** | Distributions . . . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . | -566,533 | 0 | 0 | 0 |

Form **1120-S** (2022)

671121

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**          **See separate instructions.**

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **13** | Credits |
| | -439,011 | | |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Schedule K-3 is attached if checked . . . . . . ☐ |
| **6** | Royalties | **15** | Alternative minimum tax (AMT) items |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | **16** | Items affecting shareholder basis |
| **10** | Other income (loss) | | |
| | | **17** | Other information |
| | | V* | See Attached Stmt |
| **11** | Section 179 deduction | AC | 1,090,137 |
| **12** | Other deductions | | |

### Part I  Information About the Corporation

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

Integrative Medical Home Care PLLC
11207 N Lamar Blvd., Ste. B
Austin, TX 78753

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . _____

### Part II  Information About the Shareholder

**E** Shareholder's identifying number          Shareholder: 1

**F** Shareholder's name, address, city, state, and ZIP code

Yun W Kim
11207 N. Lamar Blvd Suite B
Austin, TX 78753

**G** Current year allocation percentage . . . . .  100.000000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . $ _____

For IRS Use Only

| **18** | ☐ | More than one activity for at-risk purposes* |
| **19** | ☐ | More than one activity for passive activity purposes* |

* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    www.irs.gov/Form1120S    **Schedule K-1 (Form 1120-S) 2022**
HTA

Yun W Kim

## K-1 Statement (Sch K-1, Form 1120S)

### Line 17 - Other Information

**AC** Code AC - Gross receipts for section 448(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . **AC**     1,090,137

### Section 199A Information (Code V)

| Income Items | Non-SSTB | SSTB |
|---|---|---|
| Ordinary Income . . . . . . . . . . . . . . . . . . . . . . . . | 0 | -439,011 |
| **Additional Information** | | |
| Section 199A W-2 wages . . . . . . . . . . . . . . . . . . | 0 | 1,319,343 |

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

Integrative Medical Home Care PLLC

Employer identification number

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** Yum Kim | | 50.00% | 100.00% | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . | **2** | |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . | **4** | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.**

HTA

Form **1125-E** (Rev. 10-2016)

## Line 5 (1120S) - Other Income (Loss)

| | | | |
|---|---|---|---:|
| 1 | Reimbursed benefits | 1 | 28,622 |
| 2 | Total other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 28,622 |

## Line 19 (1120S) - Other Deductions

| | | | |
|---|---|---|---:|
| 1 | Travel, Meals and Entertainment | | |
| a | Travel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 100 |
| b | Meals, subject to 100% limit (Business meals paid or incurred in 2021 or 2022) . . **1b** 1,789 | | |
| g | Subtract line f from lines b, c, d and e . . . . . . . . . . . . . . . . . . . | 1g | 1,789 |
| 2 | Accounting | 2 | 2,200 |
| 3 | Bank charges and fees | 3 | 2,889 |
| 4 | Computer hardware | 4 | 4,533 |
| 5 | Continue education | 5 | 100 |
| 6 | Contract labor | 6 | 59,703 |
| 7 | Equipment rental | 7 | 2,650 |
| 8 | Insurance | 8 | 16,578 |
| 9 | Legal and professional fees | 9 | 8,000 |
| 10 | Medical supplies | 10 | 1,324 |
| 11 | Office expenses | 11 | 11,849 |
| 12 | Office supplies | 12 | 38,985 |
| 13 | Postage | 13 | 5,086 |
| 14 | Telephone | 14 | 13,588 |
| 15 | Utilities | 15 | 200 |
| 16 | Total other deductions . . . . . . . . . . . . . . . . . . . . . . | 16 | 169,574 |

## Line 17d, Sch K (1120S) - Other Items and Amounts

| | | | |
|---|---|---|---:|
| AC | Code AC - Gross receipts for section 448(c) . . . . . . . . . . . . . . . . | AC | 1,090,137 |

### Section 199A Information

| Income Items | Non-SSTB | SSTB |
|---|---:|---:|
| Ordinary Income . . . . . . . . . . . . . . . . . . . . . . . | 0 | -439,011 |
| **Additional Information** | | |
| Section 199A W-2 wages . . . . . . . . . . . . . . . . . . . | 0 | 1,319,343 |

## Line 18, Sch L (1120S) - Other Current Liabilities

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Payroll liablities | 1 | 57,570 | 29,496 |
| 2 | Credit card | 2 | 2,545 | 6,071 |
| 3 | Checking overdraft | 3 | 57,023 | 190,183 |
| 4 | Frost line of credit | 4 | | 47,067 |
| 5 | Loan from affiliated company | 5 | | 125,503 |
| 6 | On Deck Capital | 6 | | 165,750 |
| 7 | Payroll loan | 7 | | 527 |
| 8 | Total other current liabilities . . . . . . . . . . . . . . . . | 8 | 117,138 | 564,597 |

© 2023 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.